**Motion Granted and Abatement Order filed October 6, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00245-CV
_____

**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,**
**Appellant**

**V.**

**LAURENCE BOLTON AND MICHAEL BOLTON, INDIVIDUALLY AND**
**AS EXECUTORS OF THE ESTATE OF MARILYN BOLTON,**
**DECEASED, Appellees**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-10855**

## ORDER

On July 29, 2019, appellant filed an unopposed motion to abate this appeal for 90 days. The motion states the parties have reached a tentative settlement agreement and asks that the appeal be abated. The motion is **GRANTED**.

The appeal is abated, treated as a closed case, and removed from this court's

active docket until **January 4, 2021**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer